ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND                             COURT OF APPEALS
200 Harry S. Truman Pkwy, Suite 300     \*     OF MARYLAND
Annapolis, MD 21401

                                         \*     Misc. Docket AG

          Petitioner,

                                         \*     No. 50

v.

                                         \*     September Term, 2015

Arthur John Whittle, Esquire

                                         \*

                                         \*

          Respondent.

## **ORDER**

This matter having come before the Court upon the filing of a Joint Petition for

Reprimand by Consent, and the Court having considered same,

NOW, THEREFORE, it is this 8th day of _____ February _____, 2016,

ORDERED, by the Court of Appeals of Maryland, that Arthur John Whittle, Respondent,

is hereby reprimanded for engaging in professional misconduct that violated Rules 1.4(a)(2) and

8.1(b) of the Maryland Lawyers' Rules of Professional Conduct.


                                /s/ Lynne A. Battaglia
                                Senior Judge